

**Account Information**

| | |
|---|---|
| Fax: | 1-800-313-0892 |
| Telephone: | 1-855-329-6227 |
| Correspondence: | Wells Fargo Home Mortgage |
| | P.O. Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Monday-Friday 8AM to 10PM, Saturday 8AM to 5PM, Central Time |
| Loan Number: | )364 |
| Property Address: | 5292 NW 192ND LN |
| | OPA LOCKA, FL 33055 |

January 20, 2015

AMAURYS ESPINOSA
5292 NW 192ND LN
MIAMI GARDENS, FL 33055

Subject: Trial Payment Period
Case Number: 14-32529

Dear AMAURYS ESPINOSA :

We have good news about the above referenced loan. Our goal is simple. We want to ensure that you have every opportunity to retain your home. Based on our telephone conversation and the financial information you provided, we would like to offer you a loan modification.

To accept this offer, please send in your new payment by the due date, as listed below, instead of your normal monthly mortgage payment.

Currently your loan is due for 05/19/2008. As agreed, you have promised to pay the amounts stated within the Trial Payment Period, the terms and conditions of which are outlined on a subsequent page. This is not a waiver of the accrued or future payments that become due, but a trial period showing you can make regular monthly payments.

Upon successful completion of the trial period, your loan will not be current. Since the installments may be less than the total amount due, you may still have outstanding payments and fees which could be added to the principal balance of your loan at the time of the modification.

Please note that your trial period may extend beyond the dates provided. For that reason, continue making your trial period payments in the same amount by the same day of each month you currently make your trial period payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for the modification.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. If you fail to provide a subordination agreement from another lender or fail to pay off a judgment lien as required, your modification may be denied even if you pay the trial period payments. Also, failure to make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan being denied.

Please note: As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provision of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment. Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Any installments received will be applied to the delinquent payments on the loan. During this Trial Payment Period, installments are to be mailed to:

Wells Fargo Home Mortgage
MAC x2302-047
1 Home Campus
Des Moines, IA 50328

While we reviewed your loan for this program we looked at other programs you may have been eligible for. Here is the result of that review, listed in alphabetical order:

| Program Name | Program Description | At this time, you do not meet the requirements of this program because: |
|---|---|---|
| HAMP | Home Affordable Modification Program | Negative NPV – Initial |
| Proprietary | MAP | Insufficient payment reduction<br>Post modification payment greater than 42%<br>Negative NPV – Initial |

As part of the review, Wells Fargo uses a process to determine which option best matched your circumstances. Once we reviewed and approved you for this program, we stopped reviewing you for other options that were considered less of a match to your circumstances.

**You have the right to appeal this decision**
Carefully read over this letter, which states Wells Fargo's decision. If you believe the decision is incorrect and want to appeal the decision, you may submit your appeal request in writing or by phone.

If you choose to submit your appeal request in writing, we have enclosed an Appeal Request Form for your convenience. Or you can write a letter of your own that explains the reason you disagree with the decision.

**You can initiate an appeal by:**
    Faxing your appeal request to 1-800-313-0892.
    Mailing your appeal request to:
        Wells Fargo Home Mortgage
        Home Preservation T7408-016
        4101 Wiseman Blvd
        San Antonio, TX 78251

To submit your appeal request in writing, by fax or mail — using the enclosed form or a letter of your own — please specify which of these two options applies to you:

Option A. I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

Option B. I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo does not receive my additional information by February 3, 2015, Wells Fargo will immediately move forward with a review of the decision.

**Appeal request guidelines:**
- If you do not specify your intention for providing additional information, by selecting one of the two options above, we will follow the process described in Option B.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate.
- We must receive your appeal request, with any additional information (as applicable) by February 3, 2015.
- After an appeal is initiated, if you selected Option B and we do not receive your additional information by February 3, 2015, we will review the decision based on the information we have at that time.
- You may have recently received a separate communication regarding another review we completed. Our decision regarding that review may also be appealable, subject to the timelines and guidelines here.
- Be sure to include your loan number on your appeal request and any additional information.
- If you choose to initiate your request by phone, make sure to have your loan number available and follow the phone prompts carefully.

Please note: After we receive your appeal request, you will receive a letter that confirms receipt of your request and outlines next steps in the appeal process. As your home preservation specialist, I remain available to assist you with any questions you may have about this letter, but you must initiate an appeal request in one of the ways listed above.

During this period, I am requesting that you maintain contact with my office in order to establish acceptable arrangements for bringing your loan current. If you need additional assistance, please contact me at the number listed below.

Sincerely,

BRICE SMALLFIELD
Home Preservation Specialist
Wells Fargo Home Mortgage
Phone Number: 1-855-329-6227 ext. 3945
Fax Number: 1-800-313-0892

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287. You can also call the HOPE Hotline at 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

---

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

## TRIAL PAYMENT PERIOD – TERMS AND CONDITIONS

1. Currently, your loan is due for 05/19/2008. The indebtedness of the referenced loan is in default and in consideration of extending default.

2. Payments must be made strictly in accordance with the enclosed payment schedule and Trial Payment Period conditions. This trial period is an agreement to temporarily accept reduced payments or maintain regular monthly payments during the trial period specified below. Upon successful completion of the outlined payments, you will be offered a loan modification. This modification will include a resolution of the remaining past due amount on your loan.

3. The lender is under no obligation to enter into any further agreement, and this trial period shall not constitute a waiver of the lender's right to insist strict performance in the future.

4. All of the provisions of the note and security instrument, except as herein provided, shall remain in full force and effect. Any breach of any provision of this agreement or non-compliance with this Trial Payment Period, shall render the forbearance null and void, and at the option of the lender without further notice to you the lender may terminate this Trial Payment Period. The lender, at its option, may institute foreclosure proceedings according to the terms of the note and security instrument without regard to this Trial Payment Period. In the event of foreclosure, you may incur additional expenses of attorney's fees and foreclosure costs.

5. Each payment must be remitted according to the schedule below:

    1st payment: $ 1,453.08 by 04/01/2015
    2nd payment: $ 1,453.08 by 05/01/2015
    3rd payment: $ 1,453.08 by 06/01/2015

    Property value used to make this decision: $176,000.00
    Total income used to make this decision: $4,608.69

6. There is no "grace period" allowance in this Trial Payment Period. All payments must be received on or before the agreed due date. If any payment is not received on or before the due date, the trial period will be void and the total delinquency, including fees, will be due immediately.

7. The total amount indicated on each payment of the payment schedule must be remitted. In the event the total amount due of each payment is not received, this Trial Payment Period will be rendered null and void.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

## IMPORTANT PROGRAM INFORMATION

**NO FEES.** There are no fees under a modification program.

**TRIAL PERIOD PLAN/MODIFICATION PROCESS.** Submitting all required documentation to be considered for a modification program is the first step. If you are eligible for a modification program, you may need to successfully complete a "trial period" by making trial period payments. Once we are able to finalize your modified loan terms near the end of this trial period, we will send you a loan modification agreement ("Modification Agreement"), which will reflect the terms of your modified loan. In addition to successfully completing the trial period, you will need to sign and promptly return to us both copies of the Modification Agreement or your loan cannot be modified.

**NEW PRINCIPAL BALANCE.** Any past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums, and certain assessments paid on your behalf to a third party may be added to your mortgage loan balance (the "Past Due Arrearage Amount"). If you fulfill the terms of the trial period including, but not limited to, making the trial period payments, we will waive ALL unpaid late charges at the end of the trial period.

**ESTIMATED MONTHLY PAYMENT.** At this time, we are not able to calculate precisely the Past Due Arrearage Amount or the amount of the modified loan payment that will be due after successful completion of the trial period. As we near the end of the trial period, we will calculate any past due amount to determine your new permanent monthly payment and other modified loan terms.

**CREDIT COUNSELING.** When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. If you choose a loan modification, your credit score could be negatively impacted during the trial period plan, but it may not be as impacted as an ongoing series of late payments or foreclosure. During that process, we are required by law to continue to report the delinquency status of your loan to the credit reporting agencies as "paying under a partial or modified payment agreement". When you are approved for a permanent loan modification, the modification process is complete and is recorded on your credit report as "loan modified" as long as you make your permanently modified payments on time. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual. For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

**CREDIT REPORTING.** Your credit score may be affected by accepting a trial period plan or modification. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm. A "credit score" ranks your credit history. Credit scores look at five main kinds of credit information, namely: payment history, amount owed, length of credit history, new credit, and types of credit in use. Generally, if you have had any history of nonpayment or late payments on any loans or debt, this may lower your credit score.

**FORECLOSURE RESCUE SCAMS.** There is never a fee to get assistance or information about a modification from your lender or a HUD-approved housing counselor. For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/. Beware of (i) any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan and (ii) anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt. Never make your mortgage payments to anyone other than your mortgage company without their approval.

**PERMANENT LOAN MODIFICATION.** Successful completion of a modification under a modification program may cancel any assumption feature, variable or step-rate feature, or enhanced payment options in your existing loan, at the time the loan is modified. If your mortgage is not subject to a due-on-sale provision and receives a modification, the modification will cancel the assumability feature of that mortgage.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

## APPEAL REQUEST FORM

Carefully read over the letter that came with this form, which states Wells Fargo's decision. If you believe our decision is incorrect and want to appeal the decision, we recommend you use this form to submit a written appeal.

**Important:**
- We must receive your written request for an appeal or a phone-initiated appeal request by February 3, 2015, or we will not move forward with a review of the decision. While not required, please provide any additional information (as applicable) that will help us look into your request.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate in your explanation below.

Please explain the reason you disagree with the decision.

_____
_____
_____
_____
_____
_____
_____

**Select and check the box that best applies to your request:**
[ ] Option A. I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.
[ ] Option B. I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo does not receive my additional information by February 3, 2015, Wells Fargo will immediately move forward with a review of the decision.

**Please note:** If you do not specify your intention for providing additional information by selecting one of the two options above, Wells Fargo will follow the process described in Option B.

Be sure to include your loan number on any supporting documents.

AMAURYS ESPINOSA
0042359364
Primary contact phone number: _____
Other contact phone numbers: _____

Best day and time to call _____

**Mail your appeal request to:**
Wells Fargo Home Mortgage
Home Preservation T7408-016
4101 Wiseman Blvd
San Antonio, TX  78251
**Or fax your appeal request to:**
1-800-313-0892

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.