# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida (Miami)

IN RE:

Amaurys Espinosa

Case No.:    14-32529

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS AND NOTICES

Wells Fargo Bank, N.A., hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 2 from the Chapter 13 Trustee and notices from any party should be sent to the following address:

| OLD Payment Address: | NEW Payment Address: |
|---|---|
| WELLS FARGO BANK, N.A. | WELLS FARGO BANK, N.A. |
| 1 HOME CAMPUS X2302-041 | MAC B6955-01B |
| DES MOINES, IA 50306 | PO Box 31557 |
| | Billings, MT 59107 |

| OLD Notice Address: | NEW Notice Address: |
|---|---|
| WELLS FARGO BANK, N.A. | WELLS FARGO BANK, N.A. |
| MAC# T7416-023 | MAC X2303-01A |
| 4101 WISEMAN BLVD. | 1 Home Campus |
| SAN ANTONIO, TEXAS 78251-4201 | Des Moines, IA 50328 |

Authorization: Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

Date:    07/21/2015

By:    Joseph Smith

Specific Contact Information:
Wells Fargo Bank, N.A.
1 Home Campus - MAC X2303-01A
Des Moines, IA 50328
P: (877) 891-0002
E: HEQBANKRUPTCYCH13@Wellsfargo.com

727251-69850161-e80b-49d6-bd84-f20b6f92cc00-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below, I served the annexed **Notice of Payment Change** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid addressed to each of them as follows:

-------------------------------------------------------------------------------------------------------

| **(Debtor(s))** | **(Attorney for Debtor(s))** | **(Trustee)** |
|---|---|---|
| AMAURYS ESPINOSA, | ROBERT SANCHEZ ESQ | NANCY K NEIDICH |
| 5292 NW 192ND LN | 355 W 49 ST | PO BOX 279806 |
| MIAMI  GARDENS,  FL  33055-6119 | HIALEAH, FL  33012-3715 | MIRAMAR, FL 33027-9806 |

-------------------------------------------------------------------------------------------------------

Dated: <u>07/21/2015</u>                    Signed:   <u>/s/ Joseph Smith</u>

618947709