# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

In re  Amaurys Espinosa  
        Debtor

Case No.   14-32529  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, NA  
**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 9364

**Date of payment change:** 08/31/2015  
Must be at least 21 days after date of this notice

**New total payment:** $1,158.52  
Principal, Interest, and escrow, if any

**Uniform Claim Identifier:** WFCMPP1432529FLS53679364

Claim Type: Principal Residence

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**  
☑ No  
☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**  
☑ No  
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  
If a notice is not attached, explain why:

Current interest rate: _____   New interest rate: _____  
Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**  
☐ No  
☑ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:   Payment change resulting from an increase in taxes and insurance

Current mortgage payment:   $675.47     New mortgage payment:   $1,158.52

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗    /s/ Anjanee Molock                         Date    07/28/2015
     VP Loan Documentation

Print:   Anjanee Molock                         Title    VP Loan Documentation

Company    Wells Fargo Bank, NA                 Specific Contact Information:
Address    A/K/A Wachovia Mortgage              P: 210-624-5767
           4101 Wiseman Blvd                    E: NoticeOfPaymentChangeInquiries@wellsfargo.com
           San Antonio, TX 78251

766983-b545c727-e6a2-4f64-b7b4-ddc19d273309

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13 No. 14-32529

In re:                                                                Judge: A. Jay Cristol

Amaurys Espinosa

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Amaurys Espinosa<br>5292 NW 192nd Lane<br>Miami, FL 33055-6119 |
| Debtor's Attorney: | Robert Sanchez, Esq<br>355 W 49 St.<br>Hialeah, FL 33012 |
| Trustee: | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027 |

/s/ Bill Taylor

Authorized Agent

766983-4b4e340f-0d84-4f4d-bd04-5d7706fd7035-