UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

**In re:**
**Amaurys Espinosa**

Case No.: 14-32529
Chapter 13

Judge: A. Jay Cristol

**Debtor(s).**

## NOTICE OF WITHDRAWAL OF NOTICES OF MORTGAGE PAYMENT CHANGE
### (CLAIM 3)

Now comes Wells Fargo Bank, NA. ("Creditor"), by and through its claims agent, and hereby withdraws its Notices of Mortgage Payment Change which were filed in this Court on February 25, 2016 and March 25, 2016. The Notices of Mortgage Payment Change was submitted in error.

Respectfully submitted,

/s/ Rebecca C. Samuell
Rebecca C. Samuell
VP Loan Documentation
Wells Fargo Home Mortgage
1100 Corporate Center Dr.
Raleigh, NC 27607
NoticeOfPaymentChangeInquiries@wellsfargo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

In re:
Amaurys Espinosa

Case No.: 14-32529
Chapter 13

Judge: A. Jay Cristol

Debtor(s).

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Withdrawal of Notice of Mortgage Payment Change was served on the Debtor, Co-Debtor, counsel for the Debtor, the trustee, and other parties in interest at the addresses set forth below via e-mail notification on April 21, 2016. This includes all known lien holders and interested parties who have an interest in the real property as listed in the petition and to the best of our knowledge.

The below listed parties were served via regular U.S. Mail, postage prepaid on April 41, 2016:

*Debtor(s)*
**Amaurys Espinosa**
5292 NW 192nd Lane
Miami, FL 33055-6119

*Debtor's Attorney*
**Robert Sanchez, Esq**
355 W 49 St.
Hialeah, FL 33012

*Chapter 13 Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*Creditor*
**Wells Fargo Bank, NA**
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

/s/ Bill Taylor
Bill Taylor - Member of 4 S Technologies, LLC,
Authorized Agent for Wells Fargo Bank, NA.,