**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST Modified plan

DEBTOR: Amaurys Espinosa    JOINT DEBTOR: _____    CASE NO.: 14-32529-AJC
Last Four Digits of SS# 5367    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $ 2,049.94 for months 1 to 30;
   B.    $ 1,888.52 for months 31 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+ 1800 (MMM) + 775 (Motion to value) + 525 (motion to modify) = 6750
   TOTAL PAID $ 1900    Balance Due $ 4850 payable $ 83.62/month (Months 1 to 30)
   payable $ 78.05/month (Months 31 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.    Wells Fargo, N.A. [POC#3-2]
Address: MAC# X2302-04C    MMM Payment    $ 1,414.60/month (Months 1 to 30)
1 Home Campus    MMM Payment    $ 1,621.62/month (Months 31 to 60)
Des Moines IA 50328
Account No: xxxx9364 / 6699

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage Account No: xxxx3104 | 5292 NW 192 Lane, Miami, FL 33055  $123,007.00 | None | None | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $_____
   Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 486.92/month (Months 1 to 30); Pay $ 0.00 /month (Months 31 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Lakes of Acadia Homeowners Association and will continue to pay said creditor directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. "The debtor has filed a Verified Motion for Referral to MMM with Wells Fargo Home Mortgage("Lender"), loan number XXXX9364 / 6699, for real property located at 5292 NW 192 Lane, Miami, FL 33055. The Debtor received a final modification and will pay the Lender direct and outside the plan.

   I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/Robert Sanchez, Esq.    _____
Attorney for the Debtor    Joint Debtor
Date: 4/14/2017    Date: _____

LF-31 (rev. 01/08/10)