UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Amaurys Espinosa                        Case No. 14-32529-AJC

                    Debtor(s).          Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st Modified Plan was

sent to all parties on the attached service list on June 2, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Amaurys Espinosa
5292 NW 192nd Lane
Miami, FL 33055-6119

All Creditors on the Matrix

                              Respectfully Submitted:

                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 West 49th Street
                              Hialeah, FL 33012
                              Tel. 305-687-8008

                              By:*/s/ Robert Sanchez_____*
                               Robert Sanchez, Esq., FBN#0442161

Aldridge Connors LLP
1615 S. Congress Avenue #200
Delray Beach, FL 33445

ARS Account Resolutions
1801 NW 66th Avenue, Suite
200C
Fort Lauderdale, FL 33313

Asset Acceptance, LLC
POB 9065
Brandon, FL 33509

Beneficial/Hfc
Po Box 9068
Brandon, FL 33509

Browardadjus
2876 East Oakland Park Blvd
Ft Lauderdale, FL 33306-1814

Cap One
Po Box 30253
Salt Lake City, UT 84130

Cap One
Po Box 5253
Carol Stream, IL 60197

Capital One Bank (USA), N.A.
c/o Hayt, Hayt & Landau, PI
7765 SW 87 Avenue #101
Miami, FL 33173

Central Finl Control
Po Box 66044
Anaheim, CA 92816

Chase
Po Box 24696
Columbus, OH 43224

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Lakes of Acadia Homeowners
Assoc.
Atlas Property Managment
Services, Inc.
POB 628207
Orlando, FL 32862

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Springleaf Financial S
1321 S Powerline Rd Ste
Pompano Beach, FL 33069

Springlf Fin
600 N. Royal Avenu Po Box
3251
Evansville, IN 47731

Syncb/Bmrt
P O Box 981439
El Paso, TX 79998-1439

Wells Fargo Home Mortgage
4101 Wiseman Blvd # Mc-T
San Antonio, TX 78251

Wells Fargo Home Mortgage
4101 Wiseman Blvd # Mc-T
San Antonio, TX 78251